IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Delgado, Vickie A

Printed: 11/27/07

Case Number: 07 B 04444
Judge: Hollis, Pamela S
Filed: 3/13/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: October 15, 2007
Confirmed: June 4, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 2,100.00 |  |
| Secured: |  | 1,986.60 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 113.40 |
| Other Funds: |  | 0.00 |
| Totals: | 2,100.00 | 2,100.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Timothy K Liou | Administrative | 734.20 | 0.00 |
| 2. | Wells Fargo Bank | Secured | 8,471.45 | 1,986.60 |
| 3. | Drive Financial Services | Secured | 13,118.98 | 0.00 |
| 4. | Wells Fargo Bank | Secured | 13,752.43 | 0.00 |
| 5. | Drive Financial Services | Unsecured | 1.17 | 0.00 |
| 6. | RJM Acquisitions LLC | Unsecured | 86.92 | 0.00 |
| 7. | Jefferson Capital | Unsecured | 767.26 | 0.00 |
| 8. | Illinois Dept of Revenue | Unsecured | 971.44 | 0.00 |
| 9. | Nicor Gas | Unsecured | 936.28 | 0.00 |
| 10. | Portfolio Recovery Associates | Unsecured | 203.47 | 0.00 |
| 11. | RMI/MCSI | Unsecured | 254.33 | 0.00 |
| 12. | Little Co-Affiliated Physician | Unsecured |  | No Claim Filed |
| 13. | Alliance Asset Management | Unsecured |  | No Claim Filed |
| 14. | AT&T | Unsecured |  | No Claim Filed |
| 15. | Caremark | Unsecured |  | No Claim Filed |
| 16. | CMRE Financial Svcs | Unsecured |  | No Claim Filed |
| 17. | Advocate MSO Services | Unsecured |  | No Claim Filed |
| 18. | Heart Care Centers Of Illinois | Unsecured |  | No Claim Filed |
| 19. | Oaklawn Radiologist | Unsecured |  | No Claim Filed |
| | | | $ 39,297.93 | $ 1,986.60 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 113.40 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Delgado, Vickie A | Case Number: 07 B 04444 |
| | Judge: Hollis, Pamela S |
| Printed: 11/27/07 | Filed: 3/13/07 |

$$\overline{\phantom{XXXXXX}}$$
$ 113.40

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_